UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HUTTER,<br><br>             Plaintiffs,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, et al.,<br><br>             Defendants. | No. 16 Civ. 6586 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Hutter may respond to Defendants' request to continue the stay [dkt. no. 244] no later than July 13, 2020.  The Court will reserve decision on Mr. Hutter's renewed request for a telephone conference [dkt. no. 245] until after it receives Mr. Hutter's written response to Defendants' request for a stay.

    Chambers will mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:    New York, New York
          June 29, 2020

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge