UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN HUTTER,

                    Plaintiffs,

-against-                                    No. 16 Civ. 6586 (LAP)

COMMISSIONER DORA SCHRIRO, et                            ORDER
al.,

                    Defendants.

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed defense counsel's letter dated July 31,
2020.  (See dkt. no. 252.)  The Court understands that letter to say
that the Law Department represents Ms. Mello and that Ms. Cooke will
respond to Mr. Hutter's subpoena.  If those understandings are
correct, the extension of time to August 28 to comply with Mr.
Hutter's subpoena is granted.

    The Clerk of the Court is respectfully directed to mail a copy of
this order to Mr. Hutter.

**SO ORDERED.**

Dated:    New York, New York
          August 3, 2020

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge

1