UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HUTTER,

                Plaintiffs,

-against-

COMMISSIONER DORA SCHRIRO, et
al.,

                Defendants.

No. 16 Civ. 6586 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defense Counsel Joshua Kaufman's letter dated August 17, 2020, concerning various discovery issues [dkt. no. 256].  Mr. Hutter shall respond to Mr. Kaufman's letter no later than September 1, 2020.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:    New York, New York
          August 18, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1