UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HUTTER,<br><br>              Plaintiffs,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, et al.,<br><br>              Defendants. | No. 16 Civ. 6586 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defense Counsel Joshua Kaufman's letter dated August 28, 2020 (dkt. no. 260). Mr. Hutter may respond to that letter no later than September 14, 2020. In addition, Mr. Kaufman shall inform the Court of the attorney who will cover for him on this case during his paternity leave.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:    New York, New York
           August 31, 2020

                                  *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge