UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HUTTER,<br><br>                    Plaintiffs,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, et al.,<br><br>                    Defendants. | No. 16 Civ. 6586 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt for Plaintiff Steven Hutter's request for a one-week extension of time to respond to Defendants' letter dated August 17, 2020 (dkt. no. 263).[1]  Mr. Hutter's request for an extension is granted.  To account for any delays related to mailing, Mr. Hutter may respond to Defendants' letter no later than September 14, 2020.

   The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:    New York, New York
          September 3, 2020

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

---

[1] The Court originally gave Mr. Hutter until September 1, 2020, to respond to the letter.  (See dkt. no. 257.)

1