UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEVEN HUTTER,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, et al.,<br><br>　　　　　　Defendants. | No. 16 Civ. 6586 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Plaintiff Steven Hutter's letter dated August 24, 2020, responding to the Court's order of July 29, 2020. (See dkt. no. 266.)  The Court presumes this letter to be the detailed letter promised by Mr. Hutter in his letter dated August 14, 2020. (See dkt. no. 259.)  Defendants shall respond to Mr. Hutter's August 24 letter no later than September 14, 2020.

　　The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　September 4, 2020

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　Senior United States District Judge