```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STEVEN HUTTER,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, et al.,<br><br>　　　　　　　　Defendants. | No. 16 Civ. 6586 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendants' letter dated October 13, 2020, seeking an extension of time to respond to various letters filed by Plaintiff Steven Hutter (dkt. no. 279).  The Court is also in receipt of letters filed by Mr. Hutter noting that he has been unable to meet a Court-ordered deadline of September 30, 2020, to respond to Defendants' letter of August 28, 2020 (dkt. nos. 276-77), due to his placement in a special housing unit at his facility.

　　Mr. Hutter shall file his response to Defendants' August 28, 2020 letter as soon as is practicable.  Given Mr. Hutter's current situation at his facility, the Court will not set a firm deadline for his response.  Defendants shall file their response to that letter--and to Mr. Hutter's letter dated August 24, 2020 (dkt. no. 266)--no later than 14 days after it is filed on the docket.

　　The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:     New York, New York
           October 15, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge