UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
STEVEN HUTTER,                          :
                                        :    16-civ-6586-LAP
                                        :
          PLAINTIFF,                    :    ORDER
                                        :
                                        :
          v.                            :
                                        :
                                        :
COMMISSIONER DORA SCHRIRO et al.,       :
                                        :
                                        :
          DEFENDANTS.                   :
----------------------------------------X


LORETTA A. PRESKA, Senior United States District Judge:

     The teleconference scheduled for June 17, 2021 is adjourned

to July 21, 2021 at 2:00 p.m.  Mr. Hutter and counsel shall

appear using the following teleconference information: (877)

402-9753, access code: 6545179.

SO ORDERED.

Dated:    New York, New York
          June 14, 2021

                         _Loretta A. Preska_____
                         LORETTA A. PRESKA
                         Senior United States District Judge