UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HUTTER,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER DORA SCHRIRO, et al.,<br><br>        Respondents. | 16 Civ. 6586 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As agreed by the parties during the conference held on July 21, 2021, the letter motion at docket entry 284 has been resolved.  The Clerk of Court is directed to close that open motion.

    **SO ORDERED.**

Dated:    New York, New York
            July 28, 2021

                            */s/ Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge