UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| STEVEN HUTTER, | |
|---|---|
| Plaintiff, | 16 Civ. 6586 (LAP) |
| -against- | |
| COMMISSIONER DORA SCHRIRO et al., | ORDER |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The City shall inform the Court no later than August 27, 2021 if there is any reason for it not to forward to Mr. Hutter its Son of Sam waiver form.  Otherwise, the City shall forward the Son of Sam waiver form to Mr. Hutter by August 27.

**SO ORDERED.**

Dated:   New York, New York
           August 24, 2021

                                    *Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge