UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| STEVEN HUTTER, | |
|---|---|
| Plaintiff, | 16 Civ. 6586 (LAP) |
| -against- | |
| COMMISSIONER DORA SCHRIRO et al., | ORDER |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Kaufman's letter of August 27, 2021 (dkt. no. 303) stating that the City does not have a Son of Sam waiver form. Mr. Hutter shall inform the Court by letter if he wishes to conduct a settlement conference with the Son of Sam limitations in effect or if he will procure Son of Sam waiver form(s) from the victim(s) and proffer them to the City in advance of the conference.

    The Clerk is directed to mail a copy of this order to Mr. Hutter.

**SO ORDERED.**

Dated:    New York, New York
            August 30, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1