UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Steven Hutter,

               Plaintiff(s),    16 cv 6586 (LAP)

                                **ORDER**

    -against-

Commissioner Dora Schriro, et al.,

               Defendant(s).
------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than April 25, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                         _Loretta A. Preska_

                                         LORETTA A. PRESKA,

                                         Senior U.S.D.J.

Dated: April 8, 2025
New York, New York