UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
 STEVEN HUTTER,

              Plaintiff,

         v.                          16 Civ. 6586 (LAP)

 COMMISSIONER DORA SCHRIRO, et          ORDER
 al.,

              Respondent.
```

LORETTA A. PRESKA, Senior United States District Judge:


    The Court is in receipt of the parties' respective reports on
the status of the action. (Dkt. nos. 36 & 37.) Mr. Hutter shall
inform defense counsel within one week of the date of this order of
the defendants or other witnesses he intends to depose and the
topic(s) on which they will be questioned.

    If there is no objection, those depositions shall be concluded
no later than June 27.

    To the extent that there is any objection to the witnesses by
the defense, counsel shall so inform the Court within one week after
receipt of Plaintiff's notification. Plaintiff may respond one week
thereafter, and the Defendant may reply a week later.

SO ORDERED.


Dated:    New York, New York
          May 14, 2025

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge