UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HUTTER,<br><br>    Plaintiff,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, ET AL.,<br><br>    Defendants. | 16-CV-6586 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

  The parties shall appear for a conference on June 30, 2025 at 10:00 a.m. in Courtroom 12A.  The Clerk of the Court shall mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: New York, New York
    May 21, 2025

           *[signature: Loretta A. Preska]*
           _____
           LORETTA A. PRESKA
           Senior United States District Judge