UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HUTTER,<br><br>                    Plaintiff,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, ET AL.,<br><br>                    Defendants. | 16-CV-6586 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a conference on September 3, 2025 at 11:00 a.m. in Courtroom 12A.  The Clerk of the Court shall mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated:   New York, New York
        June 30, 2025

                              */s/ Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge