UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

STEVEN HUTTER,

                              Plaintiff,       [PROPOSED] ORDER

      -against-

COMMISSIONER DORA SCHRIRO, WARDEN
RAINO HILLS, WARDEN HAZEL JENNINGS,      16 Civ. 6586 (LAP)
DEPUTY WARDEN MONICA WINDLEY, CAPTAIN
BARBER, PA JESSEY LIBURD, DR. JANE SAN
JOSE, DR. GLORIA IHENACHO, DR. TAHMINA
SIKDER, PA GLENDA SHEARN, DR. HARJINDER
BHATTI, PA ALVES, PA WALKER, CORRECTION
OFFICER NELSON, CORRECTION OFFICER
MORALES, CORRECTION OFFICER ALKINTOR,
MAINTENANCE SUPERVISOR GARRITY,
CAPTAIN FLORES, AND CAPTAIN ANDRE
WHYTE,

                             Defendants.

------------------------------------------------------------------- x

     **WHEREAS**, the Court ordered Defendants to produce to Plaintiff the list of names of inmates who were housed in R.N.D.C. Mod 2 on Rikers Island from the date of incident, August 28, 2013, to one year prior, August 28, 2012; and

     **WHEREAS**, Defendants having raised concerns that disclosure and use of same may implicate N.Y.C.P.L. §§ 160.50 and 160.55, and/or such persons' privacy and security interests;

     **NOW, THEREFORE, IT IS HEREBY ORDERED** that the list of names of inmates who were housed in R.N.D.C. Mod 2 on Rikers Island from the date of incident, August 28, 2013, to one year prior, August 28, 2012 are unsealed pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55 and be produced to Plaintiff for use in this civil action; and

1

Case 1:16-cv-06586-LAP   Document 342   Filed 10/27/25   Page 2 of 2

**IT IS FURTHER ORDERED** that the list of names of inmates who were housed in R.N.D.C. Mod 2 on Rikers Island from the date of incident, August 28, 2013, to one year prior, August 28, 2012 shall be deemed confidential and used only for the purposes of prosecuting and defending Plaintiff's claims in this civil suit.

Dated: October 28, 2025
New York, New York

_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE