```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STEVEN HUTTER,<br><br>      Plaintiff,<br><br>-against-<br><br>COMMISSIONER DORA SCHRIRO, ET AL.,<br><br>      Defendants. | 16-CV-6586 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court received an email from Mr. Hutter on October 30, 2025, copying Defendants. Mr. Hutter explained that the list of inmates, that the Court ordered be produced, only has the names of the offenders. Mr. Hutter asked Defendants if there were addresses or other contact information for the offenders and Mr. Hutter was informed there was not. To the extent that Defendants have any contact information, for any inmates on the list, it shall be produced to Mr. Hutter promptly.

**SO ORDERED.**

Dated: New York, New York
    November 3, 2025

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge