UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Hutter,<br><br>Plaintiff,<br><br>-against-<br><br>Dora Schriro, et al.,<br><br>Defendants. | 16-CV-6586<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall confer and file a joint letter by November 9, 2026 as to the status of this case.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge